## 30 DAY SUMMONS

### STATE OF ILLINOIS
### IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
### PEORIA COUNTY

| | |
|---|---|
| MAGDALENA MEJIA, ) | CASE NO. 2024-LA-0000157 |
| Plaintiff, ) | |
| ) | |
| vs. ) | Please serve: |
| ) | |
| WALMART, INC. d/b/a WALMART ) | WALMART, INC. |
| SUPERCENTER #3460, ) | c/o C T Corporation System |
| ) | 208 S. LaSalle St., Suite 814 |
| ) | Chicago, IL 60604-1101 |
| Defendant. ) | |

TO **WALMART, INC.**:

You are hereby summoned and required to file a written answer in this case, or otherwise file your written entry of appearance, in the office of the Clerk of this Court, Peoria County Courthouse, 324 N. Main St., Peoria, Illinois within thirty (30) days after service of this summons, exclusive of the day of service. IF YOU FAIL TO DO SO, A JUDGEMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF PRAYED IN THE COMPLAINT.

This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than thirty (30) days after its date.

Plaintiff's Attorneys:                           Dated this _____ day of __7/29/2024__, 2024.

James P. LeFante (6237531)
Shane M. Mahoney (6322677)
LeFante Law Offices, P.C.                       _Robert M Spears_
Twin Towers Plaza                               Clerk
456 Fulton Street, Suite 410                    JZ
Peoria, IL  61602                          By:_____
Phone:  309 / 999-1111                               Deputy
Fax: (855) 533-2683
jlefante@lefantelaw.com
smahoney@lefantelaw.com
For Service of Pleadings and Discovery:
service@lefantelaw.com

[SEAL — COURT OF THE TENTH JUDICIAL CIRCUIT, PEORIA COUNTY ILLINOIS]

            Date of Service_____, 2024

(To be inserted by officer on copy left with defendant or other person)

FILED
ROBERT M. SPEARS
7/29/2024 2:10 PM
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT COURT
PEORIA COUNTY

| | |
|---|---|
| MAGDALENA MEJIA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 2024-LA-0000157 |
| WALMART, INC. d/b/a WALMART SUPERCENTER #3460, | ) |
| Defendant. | ) |

THIS CASE IS SET FOR A MANAGEMENT CONFERENCE ON 1/10/25@9am IN COURTROOM 213/214 OF THE PEORIA COUNTY COURTHOUSE. IF THE DEFENDANT(S) ANSWERS(S) MORE THAN 35 DAYS BEFORE THIS DATE, THEN THE PARTIES SHALL SCHEDULE A CASE MANAGEMENT CONFERENCE WITHIN 25 DAYS OF THE DATE THE ANSWER'S PLED

## COMPLAINT AT LAW

NOW COMES the Plaintiff, MAGDALENA MEJIA, by and through her attorneys, LEFANTE LAW OFFICES, P.C., and complaining of the Defendant, WALMART, INC. d/b/a WALMART SUPERCENTER #3460, and states as follows:

### I. THE PARTIES

1. Plaintiff, MAGDALENA MEJIA, is a citizen of the State of Illinois residing in City of Peoria, County of Peoria, State of Illinois.

2. Defendant, WALMART, INC. d/b/a WALMART SUPERCENTER #3460, (hereinafter "WALMART") is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in Arkansas. Walmart is a citizen of the States of Delaware and Arkansas.

### II. JURISDICTION AND VENUE

3. This Court has Jurisdiction over Defendant, WALMART, pursuant to 735 ILCS 5/2-209(a)(1),(2), and (3) in that, at all times relevant herein, Defendant, WALMART transacts business within Illinois, committed tortious acts within Illinois, and owned, used and/or possessed

real estate within Illinois and pursuant to 735 ILCS 5/2(b)(4), in that Defendant WALMART is doing business within Illinois.

4. Venue in this matter is proper in the Circuit Court of Peoria County, Illinois pursuant to 735 ILCS 5/2-101(2) in that the cause of action arose from an incident which occurred in the City of Peoria, County of Peoria, and State of Illinois

### III. FACTUAL BACKGROUND

7. At all times relevant herein, the Plaintiff MAGDALENA MEJIA, resided at 1128 Inverness, in the City of Peoria, County of Peoria and State of Illinois.

8. Upon information and belief, on August 31, 2022, and for a substantial period of time prior thereto, Defendant, WALMART, by and through its officers, agents, and employees, owned, possessed, operated, maintained, and/or controlled the premises located at and commonly known as Walmart Supercenter #3460 located at 8915 N. Allen Road, in the City of Peoria, County of Peoria, and State of Illinois.

9. On August 31, 2022, Plaintiff, MAGDALENA MEJIA, was lawfully and legally upon Defendant, WALMART's premises as a business invitee of the Defendant, WALMART.

10. On August 31, 2022, Plaintiff, MAGDALENA MEJIA, was an intended and foreseeable user of the premises located at 915 N. Allen Road, in the City of Peoria, County of Peoria, and State of Illinois.

11. On August 31, 2022, at or around 12:10p.m., Plaintiff, MAGDALENA MEJIA, was shopping in the produce department of the Walmart store located at 915 N. Allen Road, in the City of Peoria, County of Peoria, and State of Illinois.

12. While walking over to the cilantro located on the produce wall, Plaintiff, MAGDALENA MEJIA, slipped on blueberries causing her to fall and land on her left knee.

13. At all times pertinent hereto and in the performance of all acts relevant hereto, Plaintiff, MAGDALENA MEJIA, was in the exercise of reasonable care for her own safety.

14. That on or around the afternoon of August 31, 2022, there were no cones, barricades, or any warning sign of any kind to alert patrons of the Walmart store of the dangerous condition created by the blueberries on the floor.

15. Prior to her slip and fall, Plaintiff, MAGDALENA MEJIA, had no knowledge, warning or other indication of the dangerous condition on the premises.

### IV.   COUNT I-Negligence
### Mejia v. Walmart

1-15. Plaintiff repeats and realleges paragraphs 1 through 15 of Plaintiff's Complaint as paragraphs 1 through 15 of Count I of Plaintiff's Complaint.

16. At the said time and place, Defendant, WALMART, owed Plaintiff, MAGDALENA MEJIA, and all others lawfully upon the above-mentioned premises, a duty to exercise reasonable care to eliminate dangers and defects in those common areas customarily utilized by the Plaintiff and those others lawfully upon the premises, including, but not limited to, the produce section of the Walmart store.

17. That notwithstanding said duty, the Defendant, WALMART, was then and there guilty of one or more of the following negligent acts or omissions:

(a) Failed to remove the blueberries from the floor in the produce area when the Defendant knew or should have known of the dangerous condition they presented;

(b) Failed to inspect the produce section when such an inspection would have revealed that the blueberries on the floor were an unsafe condition;

(c) Failed to warn the Plaintiff that the blueberries on the floor in the produce section were dangerous and unsafe when the Defendant knew or should have known that the blueberries were a dangerous and unsafe condition;

(d) Created an unsafe condition by allowing the blueberries to remain on the floor in the produce section;

(e) Failed to have floor mats in the produce section; and

(g) Was otherwise negligent in maintaining the produce section in a safe condition.

18. That the negligence of Defendant, WALMART, was a proximate cause of the fall and personal injuries alleged in the Complaint.

19. As a direct and proximate result of one or more or all of the above-described negligent acts and omissions and/or violations of Statutes of Defendant, WALMART, Plaintiff MAGDALENA MEJIA, then and there suffered serious and permanent bodily injuries that caused Plaintiff to suffer pain, discomfort, and mental anguish and are reasonably certain to cause Plaintiff to suffer pain, discomfort, and mental anguish in the future.

20. As a direct and proximate result of one or more or all of the above-described negligent acts and omissions of Defendant, WALMART, Plaintiff MAGDALENA MEJIA, was disfigured and disabled and is reasonably certain to be disfigured and disabled in the future.

21. As a direct and proximate result of one or more or all of the above-described negligent acts and omissions of Defendant, WALMART, Plaintiff, MAGDALENA MEJIA, has lost a normal life and is reasonably certain to experience the loss of a normal life in the future.

22. As a direct and proximate result of one or more or all of the above-described negligent acts and omissions of Defendant, WALMART, Plaintiff, MAGDALENA MEJIA, lost and will lose sums of money which she could otherwise have received as wages and earnings.

23. As a direct and proximate result of one or more or all of the above-described negligent acts and omissions of Defendant, WALMART, Plaintiff MAGDALENA MEJIA, has incurred medical, nursing, and hospital expenses and is reasonably certain to incur medical, nursing, and hospital expenses in the future.

24. As a direct and proximate result of one or more or all of the above-described negligent acts and omissions of Defendant, WALMART, Plaintiff, MAGDALENA MEJIA, has been restricted in her usual activities and affairs and is reasonably certain to be restricted in her usual activities and affairs in the future.

25. As a direct and proximate result of one or more or all of the above-described negligent acts and omissions of Defendant WALMART, Plaintiff MAGDALENA MEJIA, has sustained a permanent injury and disability, all to her damage.

WHEREFORE, the Plaintiff, MAGDALENA MEJIA, prays for judgment in her favor and against the Defendant, WALMART, INC. d/b/a WALMART SUPERCENTER #3460, in a sum of money in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus costs, and further prays for such other and further relief as is right and just.

MAGDALENA MEJIA, Plaintiff,

By: _____
One of Her Attorneys

James P. LeFante (6237531)
Shane M. Mahoney (6322677)
LeFante Law Offices, P.C.
Twin Towers Plaza
456 Fulton Street, Suite 410
Peoria, IL  61602
Phone:  309 / 999-1111
Fax:  855/ 533-2683
jlefante@lefantelaw.com
smahoney@lefantelaw.com
For Service of Pleadings/Discovery: service@lefantelaw.com

5

COUNTY OF PEORIA     )
                     ) SS
STATE OF ILLINOIS    )

### RULE 222 AFFIDAVIT REGARDING DAMAGES SOUGHT

Being first duly sworn, the undersigned, Shane M. Mahoney hereby states that he represents the Plaintiff in this matter and that the total amount of damages sought herein does exceed $50,000.00.

_____
Shane M. Mahoney, Attorney for Plaintiff

Subscribed and sworn to before me
this 29 day of July, 2024.

_____
Notary Public

JAMIE B AUMAN
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
April 26, 2026

James P. LeFante (6237531)
Shane M. Mahoney (6322677)
LeFante Law Offices, P.C.
Twin Towers Plaza
456 Fulton Street, Suite 410
Peoria, IL  61602
Phone: 309 / 999-1111
Fax: 855/ 533-2683
jlefante@lefantelaw.com
smahoney@lefantelaw.com
For Service of Pleadings/Discovery: service@lefantelaw.com